**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **RALPH E. FARRIS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 3: 03cv0565 AS** |
| | ) | |
| **SERGEANT DEATON,** | ) | |
| **OFFICER A. OSWALT,** | ) | |
| **SGT. GILLESPIE,** | ) | |
| **LIEUTENANT RIGGLE,** | ) | |
| | ) | |
| **Defendants** | ) | |

*MEMORANDUM OPINION AND ORDER*

On April 29, 2005, Magistrate Judge Christopher A. Nuechterlein, filed a Report and Recommendation in this case. Specifically, it was recommended that this court enter a judgment in favor of Ralph E. Farris and against the defendant, Sgt. Gillespie in the exact amount of $1,245.99 and costs in the amount of $205.59. That recommendation is **APPROVED**, and the Clerk is **ORDERED** to enter the aforesaid judgment in the aforesaid amounts. **IT IS SO ORDERED**.

**DATED:** May 17, 2005

                                        **s/ ALLEN SHARP**
                               **ALLEN SHARP, JUDGE**
                               **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein