UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **RALPH E. FARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CAUSE NO.  3:03-CV-0565 AS |
| v. | ) |
| | ) |
| **SGT. DEATON,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### OPINION AND ORDER

Ralph E. Farris, a *pro se* prisoner, filed a motion to re-reconsider this court's denial of his motion for garnishment against defendant Sgt. Gillespie. For the reasons stated in this court's order denying the motion (docket # 81) and this court's order denying the motion to reconsider (docket # 83), the motion to re-reconsider (docket # 84) is **DENIED**.

**SO ORDERED.**

**Dated this 18th day of November, 2005.**

s/Christopher A. Nuechterlein
**Christopher A. Nuechterlein**
**United States Magistrate Judge**